

41 Flatbush Avenue, 1st Floor, Brooklyn, New York 11217  Glevyfirm@gmail.com  (516) 287-3458

May 31, 2021

Hon. Lorna G. Schofield
United Stated District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: GOMEZ V. ANTONIO'S TRATTORIA CORP. et al.
**DOCKET NO. 1:21-cv-03271-LGS**

Dear Judge Schofield:

    The undersigned represents Alexander Gomez, the plaintiff in the above-referenced matter. I write to respectfully request an adjournment of the June 10, 2021 initial pretrial conference. This is plaintiff's first request for an adjournment of the conference.

    To date, the defendants have not yet appeared, answered, or otherwise moved or communicated with me. Accordingly, I respectfully request that the initial pretrial conference be adjourned for thirty (30) days to provide defendants additional time to appear.

    Thank you for your time and consideration on this matter.

                                          Respectfully,

                                          Gabriel A. Levy

The application is GRANTED. The initial pre-trial conference scheduled for June 10, 2021, at 11:00 a.m., is **adjourned** to **July 8, 2021**, at **11:00 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333. The parties are reminded that their pre-conference materials are due by **July 1, 2021**.

By **June 17, 2021**, Plaintiff shall serve Defendant with the Complaint and a copy of this Order and file proof of service on the docket.

SO ORDERED

Dated: June 1, 2021
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE