LAW OFFICE OF

# Bruno V. Gioffre, Jr., PLLC

707 WESTCHESTER AVE, SUITE 305
WHITE PLAINS, NEW YORK 10604

TELEPHONE (914) 481-8900
FACSIMILE (914) 481-8905
bruno@bgioffrelaw.com

**Bruno V. Gioffre, Jr.**
**Admitted in NY, CT & FL**

July 2, 2021

VIA ECF
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Defendant's application is GRANTED. The initial conference scheduled for July 8, 2021, at 11:00 a.m. is adjourned to **August 12, 2021, at 10:50 a.m.**
>
> Dated: July 6, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: Gomez v. Antonio's Trattoria Corp., et al
Docket No. 21-cv-3271 (LGS)

Dear Judge Schofield:

Please be advised that the Law Office of Bruno V. Gioffre, Jr., PLLC has recently been retained to represent Defendant Antonio's Trattoria Corp. in the above referenced matter. At this time, we are respectfully requesting that the Court adjourn the July 8, 2021 pre-trial conference in this matter to August 12, 2021 to allow the us to engage in meaningful settlement negotiations with the Plaintiff prior to filing an answer in this matter to cut down on legal fees for both sides. In addition, I was contacted by Brian A. Stark, Esq., attorney for Defendant Brownstone Family Holdings, LLC who also expressed an interest in settling this matter globally short of filing an answer and incurring unnecessary legal fees for his client.

I communicated with counsel for plaintiff, Gabriel Levy, today and he consents to our adjournment request. This is our first request for an adjournment of the conference.

We thank you for your consideration.

Very truly yours,

Law Office of Bruno V. Gioffre, Jr., PLLC

*Bruno V. Gioffre, Jr.*

Bruno V. Gioffre, Jr., Esq.

Cc: Gabriel A. Levy (via ecf)